UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY HUNT, Jr., <br><br> Petitioner, <br><br> v. <br><br> A. HEDGPETH, Warden, <br><br> Respondent. | NO. EDCV 12-253-JLS (AGR) <br><br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, records on file, and the Report and Recommendation of the magistrate judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the magistrate judge.

    In his objections, Petitioner asks whether the ground in his reply brief requires him to return to the California Supreme Court to exhaust the ground. (Objections at 3.) In his reply, Petitioner raised a ground of instructional error that was unexhausted. (Report at 20-21.) Because the magistrate judge found it was "perfectly clear" that the ground was without merit, she rejected it on the merits. (*Id.* at 21 (citing *Cassett v. Stewart*, 406 F.3d 614, 624 (9th Cir. 2005).)

1   Accordingly, there is nothing for Petitioner to exhaust.
2       Petitioner's remaining objections are without merit.
3       IT IS ORDERED that the petition is denied and the action dismissed with
4   prejudice.

6   DATED:  September 24, 2014

                                  JOSEPHINE L. STATON
                                United States District Judge