UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY HUNT, Jr., <br>         Petitioner, <br>   v. <br> A. HEDGPETH, Warden, <br>         Respondent. | NO. EDCV 12-253-JLS (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 24, 2014

_____
JOSEPHINE L. STATON
United States District Judge